**KAZEROUNI LAW GROUP, APC**
David J. McGlothlin (253265)
david@kazlg.com
301 E. Bethany Home Road, Suite C-195
Phoenix, Arizona 85012
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**KAZEROUNI LAW GROUP, APC**
Pamela E. Prescott, Esq. (328243)
pamela@kazlg.com
245 Fischer Ave, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SWANN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EISENHOWER MEDICAL CENTER d/b/a EISENHOWER HEALTH AND PROFESSIONAL CREDIT SERVICE,<br><br>　　　　Defendants. | **Case No.:** 5:23-cv-01932-JGB-SHK<br><br>**NOTICE OF SETTLEMENT WITH DEFENDANT PROFESSIONAL CREDIT SERVICE**<br><br>**HON. JESUS G. BERNAL** |

NOTICE IS HEREBY GIVEN that the dispute between Plaintiff David Swann ("Plaintiff") and Defendant Professional Credit Service ("Professional Credit") (together, the "Parties") has been resolved with a settlement in principle. The Parties anticipate filing a Joint Stipulation to Dismiss Professional Credit *only* with prejudice within sixty (60) days. Plaintiff requests that any pending date and deadline with regard to Professional Credit be vacated and that the Court set a deadline on or after January 19, 2024 for the Parties to dismiss Plaintiff's claims against Professional Credit.

To dispel any ambiguity, Plaintiff's claims against Defendant Eisenhower Medical Center d/b/a Eisenhower Health remain **active**.

Dated: November 21, 2023          Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: */s/ Pamela Prescott, Esq.*
      Pamela E. Prescott, Esq.
      *Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

A copy of the foregoing *Notice of Settlement with Defendant Professional Credit Service* has been filed on November 21, 2023 through the Court's electronic filing system. All parties may access the foregoing via the Court electronic filing system.

         */s/ Pamela Prescott*
         Pamela Prescott

- 2 -
NOTICE OF SETTLEMENT WITH DEFENDANT PROFESSIONAL CREDIT SERVICE