**KAZEROUNI LAW GROUP, APC**
David J. McGlothlin (253265)
david@kazlg.com
301 E. Bethany Home Road, Suite C-195
Phoenix, Arizona 85012
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**KAZEROUNI LAW GROUP, APC**
Pamela E. Prescott, Esq. (328243)
pamela@kazlg.com
245 Fischer Ave, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID SWANN,** <br><br> Plaintiff, <br><br> v. <br><br> **EISENHOWER MEDICAL CENTER d/b/a EISENHOWER HEALTH AND PROFESSIONAL CREDIT SERVICE,** <br><br> Defendants. | **Case No.:** 5:23-cv-01932-JGB-SHK <br><br> **NOTICE OF SETTLEMENT WITH DEFENDANT EISENHOWER MEDICAL CENTER D/B/A EISENHOWER HEALTH** <br><br> **HON. JESUS G. BERNAL** |

NOTICE IS HEREBY GIVEN that the dispute between Plaintiff David Swann ("Plaintiff") and Defendant Eisenhower Medical Center d/b/a Eisenhower Health ("Eisenhower Health") (together, the "Parties") has been resolved with a settlement in principle. The Parties anticipate filing a Joint Stipulation to Dismiss Eisenhower Health with prejudice within sixty (60) days. Plaintiff requests that any pending date and deadline with regard to Eisenhower Health be vacated and that the Court set a deadline on or after April 26, 2024 for the Parties to dismiss Plaintiff's claims against Eisenhower Health.

Dated: February 26, 2024           Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: */s/ Pamela Prescott, Esq.*
     Pamela E. Prescott, Esq.
     *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

A copy of the foregoing *Notice of Settlement with Defendant Eisenhower Medical Center d/b/a Eisenhower Health* has been filed on February 26, 2024 through the Court's electronic filing system. All parties may access the foregoing via the Court electronic filing system.

*/s/ Pamela Prescott*
Pamela Prescott